DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COMMERCIAL WATER AND MOLD, LLC,** a/a/o **FLORENCE BELL,**
Appellant,

v.

**SAFEPOINT INSURANCE COMPANY,**
Appellee.

No. 4D21-274

[July 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case Nos. COCE17-23681 and CACE20-8162.

Asher Perlin of Law Office of Asher Perlin, Hollywood, for appellant.

Patrick M. Chidnese of Bickford & Chidnese, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***